IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LOUIS FAYANT, | CV 24-86-H-DWM |
| Plaintiff, | |
| vs. | ORDER |
| ALK-ABELLO, INC. and JOHN DOES I-XXX, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 5th day of January, 2026.

_____
Donald W. Molloy, District Judge
United States District Court